IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER JAY DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:08cv514-MHT |
| | ) | (WO) |
| PETE GEREN, Secretary of | ) | |
| the Department of the | ) | |
| Army; THE DEPARTMENT OF | ) | |
| THE ARMY; and THE UNITED | ) | |
| STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the stay previously entered is dissolved and that this case is dismissed without prejudice for failure to prosecute.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of June, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE